1  LAURA E. DUFFY
   United States Attorney
2  ALESSANDRA P. SERANO
   Assistant U.S. Attorney
3  California State Bar No. 204796
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7084

6  Attorneys for Plaintiff
   United States of America
7

FILED

2011 AUG -4  PM 4: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   Criminal Case No. 11mj2278
                                  )
11              Plaintiff,        )
                                  )
12      v.                        )
                                  )
13                                )   **UNITED STATES' MOTION AND**
                                  )   **ORDER TO DISMISS COMPLAINT**
14 ERIK S. EPPERSON,              )
                                  )
15              Defendant.        )
                                  )
16 _____  )

17

18      COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel,

19 Laura E. Duffy, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, and

20 respectfully requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of the

21 Court to dismiss, without prejudice, the Complaint in the above-captioned case against Defendant ERIK

22 S. EPPERSON. The complaint is currently sealed. Defendant is currently in custody in the Southern

23 District of Indiana for similar charges as contained in this complaint.

24      DATED: August 4, 2011

25                                          LAURA E. DUFFY
                                            United States Attorney
26

27                                          s/Alessandra P. Serano
                                            ALESSANDRA P. SERANO
28                                          Assistant U.S. Attorney